UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESTRY ALLEN DANIELS,<br>Plaintiff,<br>v.<br>NAPHCARE,<br>Defendant. | Case No. 2:26-cv-03116-JAD-BNW<br>ORDER |

## I. DISCUSSION

On September 25, 2026, pro se plaintiff Destry Allen Daniels, an inmate being detained at the Clark County Detention Center, initiated this case with an application to proceed *in forma pauperis*. However, Plaintiff has not filed a complaint. “A civil action is commenced by filing a complaint with the court.” Fed. R. Civ. P. 3. “A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court’s form.” Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). The Court will give Plaintiff until **November 6, 2026**, to file a complaint that complies with the Federal Rules of Civil Procedure and Nevada Local Rules.

## II. CONCLUSION

It is therefore ordered that Plaintiff has until **November 6, 2026**, to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

///

The Clerk of the Court is directed to send Plaintiff Destry Allen Daniels the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: October 7, 2026.

UNITED STATES MAGISTRATE JUDGE